No. 10–7359. HANDLEY *v.* CHASE BANK USA, N. A., ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–7384. FRANCIS *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–7419. WOOD *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–7420. BROWN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 10–7463. TWILEGAR *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 10–7699. WILSON *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–7700. TRAVIS *v.* DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 10–7706. LIGGINS *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–7710. BLOUNT *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 10–7711. JACKSON *v.* HERRINGTON ET AL. C. A. 6th Cir. Certiorari denied.

No. 10–7724. OUTING *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 10–7726. WALLACE *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 10–7729. VERDUGO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–7730. TREASE *v.* FLORIDA ET AL. Sup. Ct. Fla. Certiorari denied.

No. 10–7737. LUTZE *v.* MCQUIGGIN, WARDEN. C. A. 6th Cir. Certiorari denied.